**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 14, 2013

No. 12-10232

Lyle W. Cayce
Clerk

CAMBRIDGE CONSULTING GROUP, INC.,

Plaintiff - Appellant

v.

BANK OF AMERICA, N.A.,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CV-306

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:[*]

After reviewing the record, studying the briefs, and listening to oral arguments, we affirm the judgment of the district court for essentially the reasons given by the district court in its well-reasoned Order filed February 7, 2012.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.